· McLENNAN, P. J., and· ROBSON, J., dissent, and vote for reversal, on the ground of errors in the charge and in the reception of evidence.

---

STEINER et al., Appellants, v. GEIS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Rosie Steiner and others, as executors, etc., against Lena Geis and others. E. W. S. Johnston, for appellants. H. Peake, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

---

STEM, Respondent, v. OWENS, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by John D. Stem against Benjamin V. W. Owens. No opinion. Motion granted, without costs.

---

· STEPHEN MERRITT BURIAL & CREMATION CO. v. STEPHEN MERRITT CO. et al. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Appeal from Special Term, New York County. Action between the Stephen Merritt Burial & Cremation Company · and the Stephen Merritt Company and others. From an order granting motion for injunction, defendants appeal. Modified and affirmed. Charles R. Carruth, for appellants. Richard Ely, for respondent.

PER CURIAM. We are of opinion that the right of the plaintiff to injunctive relief against the individual defendant is not sufficiently clear to entitle it at this time to a temporary injunction as granted by the order from which the appeal is taken. We do not pass upon the question as to such right at this time, leaving that to be determined upon the trial. The order appealed from should be modified, by confining the injunction to the defendant corporation, and, and so modified, affirmed, without costs.

CLARKE and SCOTT, JJ., dissent, and vote for affirmance.

---

STERNER, Appellant, v. ARTHUR H. CRIST CO., Respondent. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Frederick J. Sterner against the Arthur H. Crist Company. E. V. Abbot, for appellant. L. J. Arnold, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

STERRY, Appellant, v. STERRY, Respondent. (Supreme Court, Appellate Division, First Department. March, 8, 1912.) Action by Elizabeth S. Sterry against James W. Sterry. I. N. Jacobson, for appellant. F. H. Man, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted to the ·extent stated in order. Order filed.

---

STILLMAN, Appellant, v. CITY OF OLEAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Frank V. R. Stillman against the City of Olean. ,

PER CURIAM. Judgment (72 Misc. ·Rep. 196, 129 N. Y. Supp. 515) affirmed, with costs.

McLENNAN, ·P. J., dissents.

---

STORANDT, Appellant, v. VOGEL & LINDER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by John W. Storandt against the Vogel & Linder Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. *Held*, that it was error for the trial court to hold that the statement of defendant's counsel, in summing up to the jury, that "plaintiff went into bankruptcy and beat his creditors out of $15,000," was proper, and that the jury might consider it as having a bearing upon plaintiff's credibility as a witness. See, also, 140 App. Div. 671, 125 N. Y. Supp. 568.

McLENNAN, P. J., and ROBSON, J., dissent.

---

STREET, Respondent, v. VAN SCHAICK, Appellant. (Supreme Court, Appellate Division,. Fourth Department. October,· 1911.) Action by Irving W. Street against Eugene Van Schaick.

PER CURIAM. Order affirmed, with $10 costs and disbursements. ·

WILLIAMS, J., dissents and votes for modification of the order, so as to provide for changing the place of trial to New York county, with leave to the plaintiff to have a reference; the defendant here consenting to such reference, the evidence in case of a reference to be taken in both counties. See, also, 142 App. Div. 911, 126 N. Y. Supp. 1147.

---

STREITFELD, ·Appellant, v. LEVI et al., Respondents. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action ,by Adolph Streitfeld against Charles L. Levi and others. G. J. Gruenberg, for appellant. C. H. Herbst, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 132 N. Y. Supp. 1147.

---

STUPPLEBEEN, Respondent, ·v. WESTCOTT GARAGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Henry B. Stupplebeen against the Westcott Garage Company.

PER CURIAM. Judgment and order affirmed, with costs. · .

WILLIAMS, J., dissents, upon the ground of contributory negligence and failure to establish negligence against the defendant.

---

TABER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 15,

1912.) Action by Fred J. Taber against the City of New York. No opinion. Motion denied, without costs. See, also, 132 N. Y. Supp. 1148.

---

TACK v. FITZSIMMONS et al. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Theodore E. Tack against Thomas P. Fitzsimmons and others. D. McCurdy, for appellant. C. Monteith Gilpin, for respondents.

PER CURIAM. Judgment affirmed, with costs, with leave to plaintiff to serve amended complaint, on payment of costs in this court and in the court below. Order filed.

INGRAHAM, P. J., and DOWLING, J., dissent.

---

TALLEY et al., Respondents, v. JAMES EVERARD'S BREWERIES, Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by John J. Talley and others, as executors, etc., against James Everard's Breweries. H. Hirshberg, for appellant. A. J. Talley, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 137 App. Div. 943, 122 N. Y. Supp. 1127, 1147.

INGRAHAM, P. J., and MILLER, J., dissent, upon the ground that the defendant had an absolute right to answer the amended complaint, and that it was error for the court to deny that right, or to refuse to adjourn the case to enable the defendant to prepare for trial. Order filed.

---

TALLEY, Respondent, v. TALLEY, Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Helda M. Talley against Robert P. Talley. S. Graham, for appellant. W. L. Marshall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

TARQUINIO, Appellant, v. KAISER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Magdalena Tarquinio against Max Kaiser and another. No opinion. Judgment and order affirmed, with costs.

---

TAYLOR, Respondent, v. LANDEL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Eva A. Taylor, as administratrix, etc., against John W. Landel and another. No opinion. Motion for leave to appeal to Court of Appeals (130 N. Y. Supp. 1132) denied, with $10 costs.

---

THAYER, Respondent, v. THAYER, Appellant. (Supreme Court, Appellate Division, First Department. February 2, 1912.) Action by Marjorie Thayer against Henry Thayer. E. V. Abbot, for appellant. No opinion. Judgment and order affirmed, with costs, on Thayer v. Thayer, 145 App. Div. 268, 129 N. Y. Supp. 1035. Order filed.

---

THOMPSON, Appellant, v. FUNK et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Robert H. Thompson against Marion Thomson Funk, and others. No opinion. Order affirmed, with costs. See, also, 146 App. Div. 602, 131 N. Y. Supp. 605.

---

THOMPSON, Respondent, v. MALLETT, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Ralph E. Thompson against John L. Mallett. No opinion. Judgment and order unanimously affirmed, with costs.

---

THOMPSON, Appellant, v. NEW ACADEMY THEATER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by George H. Thompson against the New Academy Theater Company. No opinion. Passed twice, and dismissed, with costs, under rule 39.

---

THURSTON, Appellant, v. THURSTON, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by John Thurston against Hanna Thurston. J. L. Curtis, for appellant. A. Price, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

TITLE GUARANTEE & TRUST CO. v. SUGERMAN et al. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) Action by the Title Guarantee & Trust Company, individually and as executor, etc., against Philip Sugerman and others. No opinion. Order affirmed, with $10 costs and disbursements. See Pratt v. Clark, 124 App. Div. 248, 108 N. Y. Supp. 734.

---

TOMLINSON et al., Respondents, v. TOMLINSON, Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by John C. Tomlinson and others against Theodore E. Tomlinson. M. Kellogg, for appellant. Wellman, Gooch & Smyth, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

TOWN OF HEMPSTEAD, Appellant, v. LAWRENCE et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by the Town of Hempstead against Newbold T. Lawrence and others. No opinion. Motion for reargument (132 N. Y. Supp. 615, which reverses 70 Misc. Rep. 52, 127 N. Y. Supp. 949) denied, with $10 costs. Motion to resettle order denied, without costs.